**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JAMES DILLARD,
ADC #11682**                                                                                          **PLAINTIFF**

**V.**                 **CASE NO. 3:20-CV-106-DPM-BD**

**BRENT COX,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Plaintiff James Dillard, an Arkansas Division of Correction inmate, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) Because Mr. Dillard's original complaint was deficient, the Court directed him to file an amended complaint, and he has done so. (Doc. No. 6)

For screening purposes, Mr. Dillard has stated excessive-force claims against Defendants Harris and West, and deliberate-indifference claims against Defendants Cox, Hubble, West, Johnson, Glen, and Trowbridge. Accordingly, service is now appropriate.

The Clerk of Court is directed to prepare summonses for the Defendants. The Marshal is directed to serve the Defendants with copies of the complaint and the amended complaint, with any attachments (Doc. Nos. 2, 6), and summonses, without requiring prepayment of fees and costs or security. Service for all Defendants should be effected through the Greene County Detention Center, 1809 North Rockingchair Road, Paragould, Arkansas 72450.

The Court will address Mr. Dillard's remaining claims in a separate Recommendation.

IT IS SO ORDERED, this 20th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE