IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES DILLARD
ADC #116862                                                                            PLAINTIFF

v.                          No. 3:20-cv-106-DPM-BD

BRENT COX, Administrator, Greene
County Detention Center; A. HUBBLE,
Officer, Greene County Detention Center;
BAILEY HARRIS, Sergeant, Greene County
Detention Center; BRAD JOHNSON,
Sergeant, Greene County Detention Center;
DOES, 1-5, Officers Working for Sgt. Bailey
Harris; WEST, Officer/Jailer; GLEN, Nurse;
and TROWBRIDGE, Nurse                                                            DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, *Doc. 8*, and overrules Dillard's objections, *Doc. 9*. FED. R. CIV. P. 72(b)(3). If Dillard wants to plead more facts to try to show that all his claims are related, then he must get permission to amend his complaint. But he can't amend his complaint by way of his objections or by just filing an amended complaint. His claims about retaliation, denial of access to a notary, interference with access to the grievance procedure, and due process are therefore dismissed without prejudice to Magistrate Judge Deere's reconsideration on a motion in due course.

So Ordered.

*DPMarshallJr.*
D.P. Marshall Jr.
United States District Judge

11 May 2020