IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES DILLARD
ADC #116862                                                                          PLAINTIFF

v.                        No. 3:20-cv-106-DPM-BD

BRENT COX, Administrator, Greene
County Detention Center; A. HUBBLE,
Officer, Greene County Detention Center;
BAILEY HARRIS, Sergeant, Greene County
Detention Center; BRAD JOHNSON,
Sergeant, Greene County Detention Center;
DOES, 1–3, Officers Working for Sgt. Bailey
Harris; WEST, Officer/Jailer; GLEN, Nurse;
and TROWBRIDGE, Nurse                                                     DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation, *Doc. 34-1*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, *Doc. 24*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2020