# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JAMES DILLARD,
ADC #11682                                                          PLAINTIFF

V.                          CASE NO. 3:20-CV-106-DPM-BD

BRENT COX, *et al*.                                                DEFENDANTS

## ORDER

Plaintiff James Dillard, an Arkansas Division of Correction inmate, is pursuing

excessive-force claims against Defendants Harris and Gibson,[1] and deliberate-

indifference claims against Defendants Cox, Hubble, Gibson, Johnson, Glenn[2], and

Trowbridge in this civil rights case. Mr. Dillard has filed a motion for summary

judgment. (Doc. No. 38)

The motion is premature. Although all named parties have now answered Mr.

Dillard's complaints, the Court has not yet issued a scheduling order setting out deadlines

for filing motions and conducting discovery.[3]

Accordingly, the motion for summary judgment (Doc. No. 38) is DENIED, this

---

[1] The Clerk is instructed to update the docket sheet to reflect that Defendant West is actually Wes Gibson. (Doc. No. 15)

[2] The Clerk is instructed to update the docket sheet to reflect the correct spelling of Defendant Tammy Glenn's name. (Doc. No. 23)

[3] Mr. Dillard has not yet identified the Doe Defendants, so those Defendants have not been served at this time.

30th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE