**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES DILLARD,**
**ADC #11682**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 3:20-CV-106-DPM-BD**

**BRENT COX,** *et al.*                                                    **DEFENDANTS**

### <u>ORDER</u>

Mr. Dillard has moved for an order compelling Defendants to provide him with copies of his medical records. (Doc. No. 45) In response to the motion, Defendants state that Mr. Dillard filed his motion to compel before giving them a chance to respond to his request for production of the records. According to Defendants, they have now provided Mr. Dillard access to the requested records.[1] (Doc. No. 49)

Mr. Dillard's motion to compel is DENIED, as moot, this 24th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In their response, Defendants note that all named Defendants have answered Mr. Dillard's complaint, but the Court has not issued an initial scheduling order. On September 10, 2020, the Court recommended that Mr. Dillard's claims against the Doe Defendants be dismissed. (Doc. No. 47) Once Chief Judge Marshall rules on that Recommendation, the Court will issue an initial scheduling order.