IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES DILLARD
ADC #116862                                                                                   PLAINTIFF

v.                           No. 3:20-cv-106-DPM-BD

BRENT COX, Administrator, Greene
County Detention Center;  A. HUBBLE,
Officer, Greene County Detention Center;
BAILEY HARRIS, Sergeant, Greene County
Detention Center;  BRAD JOHNSON,
Sergeant, Greene County Detention Center;
DOES, 1–3, Officers Working for Sgt. Bailey
Harris;  WES GIBSON, Officer/Jailer;
TAMMY GLENN, Nurse;  and
TROWBRIDGE, Nurse                                                                      DEFENDANTS

ORDER

In his objections to Magistrate Judge Deere's partial recommendation, Dillard names Brad Carter as the remaining Doe Defendant. *Doc. 48*. Dillard never filed a motion to serve Carter. Instead, he thought that Carter's name appearing in some filed papers and in discovery was enough.

The Court construes Dillard's objection, *Doc. 48*, as a motion to reopen the time for service as to Brad Carter. The Court returns that motion to Magistrate Judge Deere for decision. The pending partial recommendation, *Doc. 47*, is declined without prejudice as moot.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 October 2020