# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES DILLARD,**
**ADC #116862**                                                                                                                **PLAINTIFF**

**V.**                              **CASE NO. 3:20-CV-106-DPM-BD**

**BRENT COX,** *et al*.                                                                                                       **DEFENDANTS**

## ORDER

  This Court previously recommended that Mr. Dillard's claims against the John Doe Defendants be DISMISSED, without prejudice. (Doc. No. 47) Mr. Dillard objected to that Recommendation explaining that he believed that the John Doe Defendant had been identified as Brad Carter. (Doc. No. 48) Chief Judge Marshall instructed the Clerk to file Mr. Dillard's objection as a motion to reopen the time to serve Defendant Carter and returned the motion to this Court for a decision. (Doc. No. 56) The motion is GRANTED.

  The Clerk of Court is directed to prepare a summons for Defendant Carter. The Marshall is directed to serve Defendant Carter with copies of the complaint and the amended complaint, with any attachments (Doc. Nos. 2, 6), and a summons, without requiring prepayment of fees and costs or security. Service for Defendant Carter should be through the Greene County Detention Center, 1809 North Rockingchair Road, Paragould, Arkansas 72450.

  In addition, the Clerk is instructed to identify the "Does" as Brad Carter on the docket sheet.

IT IS SO ORDERED, this 21st day of October, 2020.

                                                                                                             _____
                                                                                                     UNITED STATES MAGISTRATE JUDGE