IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES DILLARD,
ADC #11682                                                                                        PLAINTIFF

V.                          CASE NO. 3:20-CV-106-DPM-BD

BRENT COX, *et al*.                                                                DEFENDANTS

## ORDER

Greene County Defendants have provided the last-known address for Defendant Cox, under seal. The Clerk of Court is directed to prepare a new summons for Defendant Cox. The Marshal is directed to serve Defendant Cox with a summons and a copy of the complaint and the amended complaint, with any attachments. Service should be made without requiring prepayment of fees and costs.

Defendant Cox can be served at the address provided under seal. Importantly, Defendant Cox's private mailing address must be <u>redacted</u> from the return of service and from any other public portion of the record.

IT IS SO ORDERED, this 2nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE