# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES DILLARD**
**ADC #116862**                                                              **PLAINTIFF**

v.                           No. 3:20-cv-106-DPM-BD

BRENT COX, Administrator, Greene
County Detention Center; A. HUBBLE,
Officer, Greene County Detention Center;
BAILEY HARRIS, Sergeant, Greene County
Detention Center; BRAD JOHNSON,
Sergeant, Greene County Detention Center;
DOES, 1–3, Officers Working for Sgt. Bailey
Harris; WES GIBSON, Officer/Jailer;
TAMMY GLENN, Nurse; and
TROWBRIDGE, Nurse                                                          **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Stipulation of dismissal, *Doc. 82*, noted. The Court will dismiss Dillard's complaint with prejudice and retain jurisdiction until 21 June 2021 to enforce the settlement. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2021