# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JAMES DILLARD
ADC #116862                                                    PLAINTIFF

v.                          No. 3:20-cv-106-DPM

BRENT COX, Administrator, Greene
County Detention Center;  A. HUBBLE,
Officer, Greene County Detention Center;
BAILEY HARRIS, Sergeant, Greene County
Detention Center;  BRAD JOHNSON,
Sergeant, Greene County Detention Center;
DOES, 1–3, Officers Working for Sgt. Bailey
Harris;  WES GIBSON, Officer/Jailer;
TAMMY GLENN, Nurse;  and
TROWBRIDGE, Nurse                                             DEFENDANTS

## JUDGMENT

Dillard's complaint is dismissed with prejudice. The Court retains jurisdiction until 21 June 2021 to enforce the parties' settlement.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

20 May 2021